[261]    THE STATE v. HENLEY, CLERK, &c.

No *certiorari* lies from the Supreme Court to the Common Pleas, to re-move an order affirming the return of a road, and a *certiorari* in such case quashed because issued *improvidé*.

A *certiorari* had been issued to the Common Pleas of the county of Gloucester, to remove an order of said court affirming the return of a road laid out by surveyors.

On a motion to quash the *certiorari quia improvidé*, &c., it was held by KINSEY, C. J., and SMITH, J., (CHETWOOD, J., absent,) that the act of February 21st, 1794, § 8, prohibited the bringing of a *certiorari* in such a case, and therefore granted the motion.